IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KENYONDUS HUDSON, :
:
    Petitioner, :
:
v. : 1:07-CV-102 (WLS)
: 1:05-CR-53 (WLS)
:
UNITED STATES OF AMERICA, :
:
    Respondent. :
_____ :

## O R D E R

    Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 44), filed October 31, 2007. It is recommended that Defendant's motion for relief pursuant to 28 U.S.C. § 2255 be denied. Plaintiff did not file a timely response to the order. Plaintiff has since filed a motion entitled "Motion for Expidited [sic] Ruling (final judgment) To My Motion to Vacate, Set Aside or Correct Sentence and The Magistrate's Report and Recommendation to My Petition for Writ of Habeas Corpus under 28 U.S.C. § 2255." (Doc. No. 62). The motion was filed on May 5, 2005. Also, pending is an unresolved request to proceed *in forma pauperis* (IFP). (Doc. No. 52). The Magistrate Judge has addressed and denied a subsequent (Doc. No. 56) request to proceed IFP. (Doc. No. 57).

    Since the filing of the Report and Recommendation, the Magistrate Judge has entered a stay of the case pending Congressional approval of the Amendments to U.S.S.G. § 2D1.1 and its related provisions. It is yet to be determined whether the recently enacted amendments to the guidelines apply to Petitioner's case. It appears that the Magistrate Judge's intention is to recommend denial of relief on all grounds raised by Petitioner except the subsequently raised grounds as they relate to the Guideline Amendments.

    To the extent that Petitioner's "motion for expidited [sic] ruling" is to serve as an objection to the general grounds of the Magistrate Judge's recommendation, it (Doc. No. 62) is **OVERRULED and DENIED** as untimely. In addition, Petitioner's request to proceed IFP (Doc. No. 52) is **DENIED as moot.**

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, and for the reason of the findings and reasons set out herein. Accordingly, Petitioner's request for relief on all grounds, except as they relate to the new Guideline Amendments, is (Doc. No. 35) **DENIED.** To the extent that Petitioner's "motion for expidited [sic] ruling" is an objection and directed to this Court (Doc. No. 62), it is **OVERRULED and DENIED.** Petitioner's request to proceed IFP (Doc. No. 52) is **DENIED as moot.**

SO ORDERED, this  16th  day of May, 2008.

                                                    /s/W. Louis Sands
                                                    **W. Louis Sands, Judge**
                                                    **United States District Court**